IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                        **CAUSE NO. 1:19CR98-LG-JCG**

**GENESIS WESS**

**ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

**BEFORE THE COURT** is the *pro se* [3] Motion for Early Termination of Supervised Release filed by the defendant, Genesis Wess. On November 29, 2000, the United States District Court for the Eastern District of Louisiana sentenced Wess to 294 months' imprisonment, 5 years' supervised release, and a special assessment of $100. Wess was released on supervised release, with his term of supervision transferred to this Court. Wess' term of supervised release is set to expire on April 4, 2023.

On January 31, 2022, Wess filed the instant *pro se* Motion for Early termination of Supervised Release. He argues that he has maintained all the conditions of supervised release, including the monthly restitution payments as ordered. He also claims that he has maintained employment since being released from prison. Wess notes that he currently works with "the Mental Challenge of Ocean Springs, MS" and is the owner for a non-profit organization called Children Deserve Better, LLC. He additionally works on bringing peace to his community and stopping violence on the streets. Wess asserts that terminating supervised release would enable to better support his family financially because he would be

-2-

able to travel more with his non-profit. (*See* Def.'s Mot., at 1, ECF No. 3). The USPO has been consulted and does not oppose early supervised release termination.

The Court has the authority to terminate a term of supervised release "after considering the factors set forth in section 3553(a) . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court finds that Wess has presented exceptional circumstances supporting early termination of supervised release. *See e.g.*, *United Stats v. Reed*, No. 15-100, 2020 WL 4530582, at *2 (E.D. La. June 5, 2020) ("[E]arly termination is usually granted only in cases involving changed circumstances, such as exceptionally good behavior.") (citations omitted). The § 3553(a) factors also favor early termination of supervised release. *See* 18 U.S.C. § 3553(a). Wess' Motion is granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [3] Motion for Early Termination of Supervised Release filed by the defendant, Genesis Wess, is **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 1st day of February, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE